UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERROD L. HERNDON,

    Petitioner,

  v.

STAFF PSYCHOLOGIST,

    Respondent.

Case No. 16-cv-05034-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal without Prejudice, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated:

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge